BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris #124678
Julie H. Rome-Banks #142364
Wendy W. Smith #133887
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Debtor and Debtor in Possession,
Franciscan Friars California, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FRANCISCAN FRIARS OF CALIFORNIA, INC.<br><br>Debtor. | Case No. 23-41723 WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Delicia A. Chung, declare:

I am a citizen of the United States and am employed in the County of New York. I am over the age of 18 years and not a party to the within-entitled action. My business address is 48 Wall Street, 22nd Floor, New York, NY 10005.

**I. Fee Notice Parties Service List**

On the 7th day of June 2024, I caused to be served the following document:

- **Monthly Fee Statement for Brian P. Brosnahan (April 1 through 30, 2024)** **[Docket No. 301],**

on each party listed below in the following manner:

[X]   by e-mail transmission upon the parties as set forth on **Exhibit 1**, attached hereto; and

[X]   by First Class U.S. Mail upon the parties as set forth on **Exhibit 2**, attached hereto.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct, and that this declaration was executed on June 11, 2024, New York, New York.

       /s/ *Delicia A. Chung*
          Delicia A. Chung

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000021P002-1548S-047<br>BINDER MALTER HARRIS & ROME -BANKS<br>ROBERT G HARRIS<br>2775 PARK AVE<br>SANTA CLARA CA 95050<br>ROB@BINDERMALTER.COM | 000020P002-1548S-047<br>FRANCISCAN FRIARS OF CALIFORNIA INC<br>DAVID GAA<br>1500 34TH AVE<br>OAKLAND CA 94601<br>DGAA@FRIARS.US | 000054P001-1548S-047<br>LOWENSTEIN SANDLER LLP<br>JEFFREY D PROL;BRENT WEISENBERG<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JPROL@LOWENSTEIN.COM | 000054P001-1548S-047<br>LOWENSTEIN SANDLER LLP<br>JEFFREY D PROL;BRENT WEISENBERG<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>BWEISENBERG@LOWENSTEIN.COM |
| 000046P001-1548S-047<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JASON BLUMBERG<br>501 I STREET<br>SUITE 7-500<br>SACRAMENTO CA 95814<br>JASON.BLUMBERG@USDOJ.GOV | | | |

Records Printed :   5

# EXHIBIT 2

000018P001-1548S-047  
OFFICE OF THE UNTIED STATES TRUSTEE  
450 GOLDEN GATE AVE  
5TH FL STE #05-0153  
SAN FRANCISCO CA 94102

Records Printed :  **1**