**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (*pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (*pro hac vice*)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re*:<br><br>FRANCISCAN FRIARS OF CALIFORNIA, INC.,<br><br>Debtor. | Case No. 23-41723 WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY PROFESSIONAL FEE STATEMENT FOR KELLER BENVENUTTI KIM LLP [APRIL 1, 2024 THROUGH APRIL 30, 2024]**<br><br>[Re: Dkt. No. 288]<br><br>**Objection Deadline:** June 10, 2024<br>@ 4:00 p.m. (Pacific) |

**THE MONTHLY FEE STATEMENT**

On May 30, 2024, Keller Benvenutti Kim LLP ("**Applicant**"), co-counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), filed its *Monthly Professional Fee Statement for Keller Benvenutti Kim LLP [April 1, 2024 through April 30, 2024]* [Docket No. 288] (the "**Monthly Fee Statement**"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 13, 2024 [Docket No. 107] (the "**Interim Fee Order**").

The Monthly Fee Statement was served on May 30, 2024. The deadline to file responses or opposition to the Monthly Fee Statement was June 10, 2024, and no opposition or responses have been filed with the Court or received by Applicant. Pursuant to the Interim Fee Order, the above captioned debtor and debtor in possession is authorized to pay Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney of the firm of Keller Benvenutti Kim LLP, co-counsel for the Committee.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Denver, Colorado.

Dated: June 11, 2024

By: */s/ Gabrielle L. Albert*
Gabrielle L. Albert (Cal. Bar No. 190895)
*Counsel for the Official Committee of Unsecured Creditors*

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees 20% |
|---|---|---|---|---|---|---|---|
| **Keller Benvenutti Kim LLP** (Attorneys for Official Committee of Unsecured Creditors) | **Third Monthly** (4/1/24 to 4/30/24) [Dkt. 288; filed 05/30/24] | $40,755.00 | $0.00 | 06/10/24 | $32,604.00 | $0.00 | $8,151.00 |