**BINDER MALTER HARRIS &
ROME-BANKS LLP**
Robert G. Harris #124678
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: reno@bindermalter.com

*Attorneys for Debtor and Debtor in Possession,
Franciscan Friars of California, Inc.*

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol (admitted *pro hac vice*)
Brent Weisenberg (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Email: jprol@lowenstein.com
Email: bweisenberg@lowenstein.com

*Attorneys for Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re:* | Case No. 23-41723 WJL |
| FRANCISCAN FRIARS OF CALIFORNIA, INC., | Chapter 11 |
| Debtor. | Date: February 4, 2026<br>Time: 10:30 a.m. PT<br>Place: 1300 Clay Street, Courtroom 220<br>Oakland, California |
| | Honorable William J. Lafferty, III |

**JOINT STATUS REPORT IN ADVANCE OF FEBRUARY 4, 2026
STATUS CONFERENCE**

Debtor and debtor in possession Franciscan Friars of California, Inc. (the "**Debtor**" or "**FFCI**") and its Official Committee of Unsecured Creditors (the "**Committee**") hereby submit this Joint Status Report in advance of the February 4, 2026 Status Conference.

The Debtor and the Committee are pleased to report that they, along with the Associated

Ministries[1], Franciscan Ministries, Inc. and Franciscan Charities, Inc. have reached a global settlement agreement with the assistance of Mediator Mark Worischeck. The terms of the agreement are summarized in the Term Sheet attached as **Exhibit A**. The Committee also has settlements in place with three of the Debtor's insurers (the "**Settling Insurers**").

The Debtor, its non-debtor affiliates, the Committee and the Settling Insurers will now negotiate a Joint Plan of Reorganization, in a form substantially similar to the draft plans of reorganization on file with this Court. *See* Dkt. No. 1386 . The Debtor is in the process of developing proposed treatment for the creditors whose claims are unrelated to abuse and modeling its exit from Chapter 11 as a reorganized debtor. The Parties aim to have a plan on file within the next 30 days and quickly move for approval of an accompanying disclosure statement.

At the same time, the Debtor and the Committee will continue their earnest negotiations with the Debtor's non-Settling Insurers under the guidance of the Mediator. Indeed, there are already two sessions scheduled, and the parties remain in conversation via email and phone through the Mediator.

Dated: February 3, 2026      BINDER MALTER HARRIS & ROME-BANKS LLP

By:  */s/ Robert G. Harris*

Attorneys for debtor and debtor in Possession Franciscan Friars of California, Inc.

Dated: February 3, 2026      LOWENSTEIN SANDLER LLP

By: *Brent I. Weisenberg*

Attorneys for the Official Committee of Unsecured Creditors

---

[1] The Associated Ministries are (i) Franciscan Renewal Center; (ii) Franciscan School of Theology; (iii) Franciscan Outreach; (iv) Old Mission San Luis Rey; (v) Old Mission Santa Barbara; (vi) Serra Retreat Center; (vii) St. Anthony's Foundation; (viii) Santa Barbara Mission Archive Library; (ix) San Damiano Retreat Center; (x) St. Francis Renewal Center; and (xi) St. Francis Retreat.